**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Deneena Rashawn Gause |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Maryland |
| Case number | 19-10126 |

Official Form 410S1

**AMENDED**

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust, N.A, as Trustee of Tiki Series III Trust

**Court claim no.** (if known): 20-1

**Last 4 digits** of any number you use to identify the debtor's account: 6 6 0 7

**Date of payment change:**
Must be at least 21 days after date of this notice: 04/01/2020

**New total payment:**
Principal, interest, and escrow, if any $ 1,726.81

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 520.03      New escrow payment: $ 602.98

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

| Debtor 1 | Deneena Rashawn Gause | Case number (if known) 19-10126 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /S/ Michelle R. Ghidotti-Gonsalves
Signature

Date  06/10/2020

Print: Michelle R. Ghidotti-Gonsalves
First Name   Middle Name   Last Name

Title  Authorized Agent for Secured Creditor

Company: Ghidotti-Berger, LLP.

Address: 1920 Old Tustin Avenue
Number   Street

Santa Ana                     CA    92705
City                          State  ZIP Code

Contact phone  949-427-2010

Email  bknotifications@ghidottiberger.com



314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

```
DENEENA GAUSE                               YOUR LOAN NUMBER: ████
4 APPLEGATE CT
PIKESVILLE          MD 21208

                                            DATE: 02/21/20


      *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    04/20 THROUGH    03/21.
------- ANTICIPATED PAYMENTS FROM ESCROW -    04/20 THROUGH    03/21 -------
              HOMEOWNERS INS              1681.36
              COUNTY TAX                  4306.94

         TOTAL PAYMENTS FROM ESCROW       5988.30

         MONTHLY PAYMENT TO ESCROW         499.02 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    04/20 THROUGH    03/21 --------
         -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW   FROM ESCROW   DESCRIPTION    ANTICIPATED         REQUIRED
                    ACTUAL STARTING BALANCE        -1339.71           1155.43
APR 20    499.02                                    -840.69           1654.45
MAY 20    499.02                                    -341.67           2153.47
JUN 20    499.02                                     157.35           2652.49
JUL 20    499.02      2153.47   COUNTY TAX   ALP   -1497.10   RLP      998.04
AUG 20    499.02                                    -998.08           1497.06
SEP 20    499.02                                    -499.06           1996.08
OCT 20    499.02                                       -.04           2495.10
NOV 20    499.02                                     498.98           2994.12
DEC 20    499.02      2153.47   COUNTY TAX         -1155.47           1339.67
JAN 21    499.02                                    -656.45           1838.69
FEB 21    499.02                                    -157.43           2337.71
MAR 21    499.02      1681.36   HOMEOWNERS INS     -1339.77           1155.37

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -2495.14.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        0.00.⚥
```

Page 1

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
         PRINCIPAL & INTEREST                              1123.83
         ESCROW (1/12TH OF ANNUAL ANTICIPATED               499.02
             DISBURSEMENTS AS COMPUTED ABOVE)
         PLUS: OPTIONAL INSURANCE PREMIUMS                    0.00
         PLUS: REPLACEMENT RESERVE OR FHA SVC CHG             0.00
         PLUS: SHORTAGE PAYMENT                             103.96
         MINUS: SURPLUS CREDIT                                0.00
         ROUNDING ADJUSTMENT                                  0.00
         MINUS: BUYDOWN/ASSISTANCE PAYMENTS                   0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 04/01/20     1726.81
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS     998.04.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      998.04.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
12/19       623.78      01/20      623.78      02/20      1247.56   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
03/20      1681.36 HOMEOWNERS INS       00/00       0.00
00/00         0.00                      00/00       0.00

**Licensed as Servis One, Inc. dba BSI Financial Services.**

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

## CERTIFICATE OF SERVICE

On June 10, 2020, I served the foregoing documents described as Amended Notice of Mortgage Payment Change on the following individuals by electronic means through the Court's ECF program:

| COUNSEL FOR DEBTOR | TRUSTEE |
| --- | --- |
| Alon Nager | Rebecca A. Herr |
| alon@nagerlaw.com | ecf@ch13md.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kasra Sadjadi
Kasra Sadjadi

On June 10, 2020, I served the foregoing documents described as Amended Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| | |
| --- | --- |
| DEBTOR<br><br>Deneena Rashawn Gause<br><br>4 Applegate Court<br><br>Pikesville, MD 21208 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kasra Sadjadi
Kasra Sadjadi